**FILED**

JAN - 3 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  COX, WOOTTON, GRIFFIN,
   HANSEN & POULOS, LLP
2  Terence Cox (SBN 76142)
   Max Kelley (SBN 205943)
3  190 The Embarcadero
   San Francisco, CA 94105
4  Telephone No.: 415-438-4600
   Facsimile No.: 415-438-4601

5

   Attorneys for Defendants
6  SEA PRINCESS LLC
   [erroneously named as "Pacific Choice Seafood,
7  Inc."] AND F/V SEA PRINCESS

8  BANNING MICKLOW BULL
   & LOPEZ, LLP
9  Edward M. Bull, III (SBN 141996)
   Eugene A. Brodsky (SBN 36691)
10 Jennifer L. Fiore (SBN 203618)
   One Market Street
11 Steuart Tower, Suite 1440
   San Francisco, CA 94105
12 Telephone: (415) 399-9191
   Facsimile: (415) 399-9192

13
   Attorneys for Plaintiff
14 GILBERTO RODRIGUEZ

15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18

19 DARREN PRICE                              ) Case No.: C 04-05403 MHP ARB
                                              )
              Plaintiff,                      ) STIPULATION AND
20                                            ) [~~PROPOSED~~] ORDER TO
       v.                                     ) CONTINUE THE CASE
21                                            ) MANAGEMENT ORDER DATES
   PACIFIC CHOICE SEAFOOD, INC., *in*         )
22 *personam*, F/V SEA PRINCESS, Official     )
   No. 630024, its engines, tackle, apparel,  )
23 furniture, etc., *in rem*,                 )
                                              )
24            Defendants.                     )
                                              )
25

26       IT IS HEREBY STIPULATED by and between the parties to this action, through

27 their respective counsel, that *good cause* exists to continue the following discovery,

28 mediation, dispositive motion and trial dates:

                                          -1-                    Case No. C 04-05403 MHP ARB
          STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT ORDER DATES

1. Close of Non-expert Discovery: currently set for January 17, 2006, to be continued until *February 21, 2006*;

2. Mediation to be completed by *March 20, 2006*;

3. Last day for filing dispositive motions: currently set for not later than 2:00 p.m. on January 30, 2006 to be continued until *March 31, 2006*.

4. Last day for Expert Disclosures: currently set for December 5, 2005, to be continued until *February 28, 2006*;

5. Last day for Expert Discovery: currently set for January 17, 2006, to be continued until *March 31, 2006*.

6. **The parties also request a continuance of the trial date, currently set for March 14, 2006 until a date convenient to the Court after May 30, 2006, as well as the pretrial filing dates, and the Pretrial Conference date.** The parties submit that the requested continuances are in the interests of justice based upon the following:

7. The parties request the extension of the mediation, discovery, dispositive motion and trial dates in order to have more time to conduct the necessary discovery and properly prepare for trial. As set forth in the attached declarations of counsel, the parties have recently met and conferred on the progress of this case and have agreed that it is in the parties' best interests to continue these dates for the following reasons.

8. Plaintiff's medical status is not yet resolved. After attempting to work the majority of this crab season *until late February, 2006*, the plaintiff will know whether he can continue working as a fisherman or will need to undergo career evaluation and re-training. *Only after that issue is resolved* will counsel be able to properly evaluate the plaintiff's damages, including past and future economic loss, future medical specials and his general damages considering residual symptoms. After that issue is resolved, the parties will be able to prepare for a mediation in March. The parties have agreed to use Jerry Spolter as the mediator for this case.

9. Counsel for both parties have been extremely busy with multiple trials through the months of September, October, November and December.

COX, WOOTTON, GRIFFIN, HANSEN, & POULOS LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

PCS.Price

-2-   Case No. C 04-05403 MHP ARB
STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT ORDER DATES

10. Defendant's counsel, Mr. Cox, recently tried two cases (*Townsend, et al. v. Osprey Boat Company and Boat and Motor Mart*, SFSC Case No. CGC 04-433130 and *Arispe v. Timmer, et al.* U.S.D.C., ND (SF) Case No. C 03-4269 CRB), back-to-back, which lasted from the second week of September through the end of November.

11. Plaintiff's counsel, Mr. Bull, also recently tried two cases, back-to-back, from the end of October through the beginning of December (*Arispe v. Timmer, et al.* U.S.D.C., ND (SF) Case No. C 03-4269 CRB and *Fechtig v. Sea Pacific, Inc., et al.*, U.S.D.C., ND (San Francisco) No. C 03 4056 JL),

12. The preparation for, participation in and post-trial work involved in the above cases made it impossible for each parties' counsel to conduct the discovery in this case in conformance with the Court's April 26 Case Management Conference Order.

13. However, despite counsels' trial schedules, the parties have been able to complete the following discovery in this case on multiple trips to the Eureka/Crescent City area:

- Deposed the plaintiff;
- Deposed the plaintiff's girlfriend;
- Deposed the vessel captain;
- Deposed the plaintiff's treating physician, Dr. Sattler.

14. *The experts' depositions can only meaningfully be taken after February, 2006 when it will be known if the plaintiff will need to be vocationally assessed.*

15. The requested continuances are in the interests of justice and will provide the parties with adequate time to realistically explore settlement at a mediation in March, 2006 and in the event that the mediation is not successful, prepare their cases for trial should the case not settle at mediation.

Dated: December 28, 2005

BANNING MICKLOW BULL & LOPEZ
Attorneys for Plaintiff, GILBERTO RODRIGUEZ

By: ___/s/___
Edward M. Bull III

-3-   Case No. C 04-05403 MHP ARB
STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT ORDER DATES

1  Dated: December 28, 2005                COX, WOOTTON, GRIFFIN,
                                           HANSEN & POULOS, LLP
2                                          Attorneys for Defendants PACIFIC CHOICE
                                           SEAFOOD, INC., SEA PRINCESS, LLC and
3                                          the F/V SEA PRINCESS

4

5                              By: _____/s/ Max L. Kelley_____
                                           Terence S. Cox
6                                          Max L. Kelley

7

8

9

10 **PURSUANT TO STIPULATION IT IS ORDERED THAT:**

11 The Close of Non-expert Discovery is continued to 2/21/06 ;

12 The Last Day for Expert Disclosures is continued to 2/28/06;

13 The Last Day for Expert Discovery is 3/31/06 ;

14 Mediation is to be completed by 3/20/06 ;

15 The Last Day for filing Dispositive Motions is 3/31/06 ;

16 The Trial Date is continued until 6/13/06 @ 8:30 am

17 * Pretrial Conference set for 5/31/06 @ 2:30 pm.

18

19 Dated: 1/3/06            By: _____
                                           The Honorable Marilyn Hall Patel
20                                         UNITED STATES DISTRICT COURT JUDGE

21
   * ALL PRETRIAL SUBMISSIONS TO BE FILED
22 NOT LATER THAN 5/19/06.

23